DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brown<br><br>Case Below:<br>169 N.C. App. 457 | No. 244P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-76)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>11/03/05<br><br>3. Denied<br>11/03/05 |
| State v. Brown<br><br>Case Below:<br>170 N.C. App. 601 | No. 354P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-316) | Denied<br>10/06/05 |
| State v. Burr<br><br>Case Below:<br>168 N.C. App. 240 | No. 111P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-422)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Cameron<br><br>Case Below:<br>171 N.C. App. 363 | No. 394P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1199) | Denied<br>10/06/05 |
| State v. Campbell<br><br>Case Below:<br>170 N.C. App. 437 | No. 320P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-322) | Denied<br>10/06/05 |
| State v. Caples<br><br>Case Below:<br>173 N.C. App. 233 | No. 512P05 | AG's Motion for Temporary Stay | Allowed<br>09/13/05 |
| State v. Cearley<br><br>Case Below:<br>172 N.C. App. 172 | No. 490P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1172) | Denied<br>10/06/05 |
| State v. Chappell<br><br>Case Below:<br>165 N.C. App. 275 | No. 356P05 | Def's PWC to Review Decision of COA<br>(COA03-1190) | Denied<br>10/06/05 |
| State v. Corey<br><br>Case Below:<br>173 N.C. App. 444 | No. 539P05 | AG's Motion for Temporary Stay<br>(COA04-736) | Allowed<br>09/29/05 |